OBENDORFER et al., Respondents, v. CITY OF NEW YORK et al., Appellants. (Su-

preme Court, Appellate Division, First Department. January 8, 1909.) Action by Gustav Obendorfer and another against the city of New York and another. T. Connoly and F. W. Burmeister, for appellants. H. W. Helfer, for respondents. No opinion. Judgment reversed, and complaint dismissed, as to defendant the city of New York, with costs in this court and in the court below. Judgment affirmed, with costs, as to the defendant the Empire State Surety Company. Settle order on notice.